IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PCI GAMING AUTHORITY, BUFORD ) | |
| ROLIN, STEPHANIE BRYAN, ROBERT ) | CIVIL ACTION NO. |
| MCGHEE, DAVID GEHMAN, ARTHUR ) | 2:13-CV-00178-WKW-WC |
| MOTHERSHED, SANDY HOLLINGER, ) | |
| GARVIS SELLS, EDDIE TULLIS, KEITH ) | |
| MARTIN, BRIDGET WASDIN, MATTHEW ) | |
| MARTIN, BILLY SMITH, and TIM ) | |
| MANNING, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

COME NOW Defendants PCI Gaming Authority, Buford Rolin, Stephanie Bryan, Robert McGhee, David Gehman, Arthur Mothershed, Sandy Hollinger, Garvis Sells, Eddie Tullis, Keith Martin, Bridget Wasdin, Matthew Martin, Billy Smith, and Tim Manning and move for the dismissal of the Plaintiff's complaint against them pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. As set forth in the brief filed in support of this motion (*doc. no. 7*), the Defendants enjoy sovereign immunity and the Plaintiff has failed to state any claim upon which relief can be granted against any of them. Accordingly, the Defendants respectfully move and request that the Plaintiff's complaint be dismissed with prejudice.

Respectfully submitted this 28th day of March, 2013.

              *s/Kelly F. Pate*
              One of the Attorneys for Defendants

**OF COUNSEL:**

Robin G. Laurie (ASB-4216-U64R)
rlaurie@balch.com
Kelly F. Pate (ASB-5289-L63F)
kpate@balch.com
**Balch & Bingham LLP**
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

Keith M. Harper (*admitted pro hac vice*)
kharper@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
607 14th Street, NW, Suite 900
Washington, D.C. 20005-2018
Telephone: (202) 508-5844
Facsimile: (202) 508-5858

Mark H. Reeves (*admitted pro hac vice*)
mreeves@kilpatricktownsend.com
**Kilpatrick Townsend & Stockton LLP**
699 Broad Street, Suite 1400
Augusta, GA 30901-1453
Telephone: (706) 823-4206
Facsimile: (706) 828-4488

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 28th day of March, 2013:

Andrew L. Brasher
Henry S. Reagan III
Office of the Attorney General
Post Office Box 300152
Montgomery, AL 36130-0152

              *s/Kelly F. Pate*
              OF COUNSEL